UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PATRIOT LOGISTICS, INC. | ) | Case No. 1:06cv552 |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | O R D E R |
| CONTEX SHIPPING (NW) INC., CONTEX SHIPPING GmBH, AND THE ROBBINS COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | Judge Christopher A. Boyko |

On November 1, 2006, Plaintiff filed a Motion for Attorney Fees and Travel Expenses (Dkt.#43). This matter was referred to Magistrate Judge Patricia A. Hemann pursuant to Local Rule 72.2 (Dkt. #52). On March 7, 2007, the Magistrate Judge recommended that this motion be granted and awarding plaintiff the sum of $1,910.00 in fees and expenses (Dkt. #55).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Patricia A. Hemann's report and recommendation

is **ADOPTED** and the Court orders the Defendant to pay the Plaintiff the sum of $1,910.00 in fees and expenses within 30 days of this order.

IT IS SO ORDERED.

Dated: 03/27/2007

FILED
MAR 27 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE