UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRIOTS, | ) | CASE NO. 1:06CV552 |
| | ) | |
| Plaintiffs | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| CONTEX, | ) | |
| Defendants. | ) | JUDGMENT ENTRY |

Christopher A. Boyko, J.:

Pursuant to the verdict reached by jurors in the above trial on September 20, 2007, judgment is entered in favor of Defendants and against Plaintiffs.

Date: 9/21/07

IT IS SO ORDERED.

CHRISTOPHER A. BOYKO
United States District Judge