UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

PATRIOT LOGISTICS, INC. ) CASE NO. 06-552
)
    Plaintiff, )
) JUDGE CHRISTOPHER BOYKO
vs. )
) <u>O R D E R</u>
CONTEX SHIPPING (NW)., INC., et al., )
)
)
    Defendants. )
)

This Court having reviewed the Report and Recommendation (Doc.# 132) of Magistrate Judge Hemann regarding the Motion for Pre-and Post -Judgment Interest (Doc.# 121 ) and the Objections of the Plaintiff, (Doc.# 134) and having conducted a *de novo* review of the issues raised, adopts in full the Report and Recommendation (Doc.# 132 ) and GRANTS Plaintiff Patriot Logistics Inc.'s Motion. However, because Plaintiff failed to produce evidence that the $8,000.00 payment was pursuant to a contract, the Court declines to award Plaintiff the additional $1,120.00 it requests. Therefore, Contex Shipping (NW), Inc., is ordered to pay pre- and post- judgment interest in the amount of $17,873.00.

IT IS SO ORDERED.

Dated: 5/14/2008

*Christopher A. Boyko*
CHRISTOPHER BOYKO
UNITED STATES DISTRICT JUDGE